UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

DENNIS M. WILLIAMS,
        Plaintiff,

v.

**JUDGMENT**

No. 5:17-CV-401-FL

NANCY A. BERRYHILL,
Commissioner of Social Security,
        Defendant.

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's motion for attorney's fees under the Equal Access to Justice Act.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 30, 2018, that plaintiff's counsel be awarded fees under 28 U.S.C. § 2412 in the amount of $3,650.00.

**This Judgment Filed and Entered on April 30, 2018, and Copies To:**

George C. Piemonte (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson (via CM/ECF Notice of Electronic Filing)
Leo R. Montenegro (via CM/ECF Notice of Electronic Filing)


April 30, 2018        PETER A. MOORE, JR., CLERK
                              /s/ Susan W. Tripp
                             (By) Susan W. Tripp, Deputy Clerk